IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON M. VASQUEZ,

      Plaintiff,               No. CIV S-04-0418 FCD GGH P

     vs.

MIKE KNOWLES, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On April 20, 2005, plaintiff filed his third request for extension of time to respond to defendants' discovery requests. Plaintiff requests an additional ten days to serve his responses. Plaintiff did not serve this request on defendants' counsel as required by Fed. R. Civ. P. 5. Nevertheless, the court will grant plaintiff's request. Plaintiff is informed that all documents he files with the court must contain proof of service on defense counsel.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's April 20, 2005, request for extension of time is granted; plaintiff's responses to defendants' discovery requests are due ten days from the date of this order.

DATED: 4/27/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

vasq0418.35

1