IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON M. VASQUEZ,

        Plaintiff,                     No. CIV S-04-0418 FCD GGH P

    vs.

MIKE KNOWLES, et al.,

        Defendants.           ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 27, 2005, plaintiff filed a document titled "Plaintiff's Complaint and Motion for Request for Instructive Order." In this document, plaintiff states that he has not received adequate law library access while housed at Salinas Valley State Prison (SVSP). Plaintiff requests that the court order prison officials at SVSP to grant plaintiff additional law library access.

        This action is proceeding on the amended complaint filed June 14, 2004. The defendants are located at Mule Creek State Prison and California State Prison-Corcoran. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969). The court possesses insufficient information for utilization of the All Writs Act.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's May 27, 2005, "motion
2  for request for instructive order" is denied.
3  DATED: 6/17/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
vasq.den