IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON M. VASQUEZ,

      Plaintiff,                  No. CIV S-04-0418 FCD GGH P

     vs.

MIKE KNOWLES, et al.,

      Defendants.                 <u>ORDER</u>

_____/

      Defendants have requested a thirty day extension of time to file and serve a dispositive motion pursuant to the court's order of April 13, 2005.  Defendants' dispositive motion is currently due on or before September 9, 2005.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' September 9, 2005, motion for an extension of time is granted;

      2. Defendants' dispositive motion is due on or before October 10, 2005;

      3. The pretrial conference set for December 30, 2005, and the jury trial set for March 22, 2006, before Judge Damrell are vacated; these dates will be re-set following resolution of defendants' motion, if appropriate.

DATED: 9/13/05

                               /s/ Gregory G. Hollows

                               _____

                               GREGORY G. HOLLOWS

vasq0418.36                      UNITED STATES MAGISTRATE JUDGE