1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON M. VASQUEZ,

     Plaintiff,                      No. CIV S-04-0418 FCD GGH P

     vs.

MIKE KNOWLES, et al.,

     Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 31, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1.   The findings and recommendations filed January 31, 2006 are adopted in full; and

2.   Defendants' October 11, 2005, motion for summary judgment is granted.

DATED: March 28, 2006

        /s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge