IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON M. VASQUEZ,

      Plaintiff,                          No. CIV S-04-0418 FCD GGH P

   vs.

MIKE KNOWLES, et al.,

      Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2006, judgment was entered.

        On July 24, 2009, plaintiff filed a motion requesting that the court "vacate" the remainder of the filing fee he owes. The court does not have the authority to "vacate" the filing fee. Plaintiff is obligated to pay the entire filing fee. 28 U.S.C. § 1915.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to vacate the filing fee (no. 39) is denied.

DATED: September 29, 2009

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

vas418.ord

1